IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

ERIC A. WOODRUM,

      Petitioner,

v.

                                            Case No.    5D22-1060
                                            LT Case No. 2014-CF-478

STATE OF FLORIDA,

      Respondent.
_____/

Opinion filed June 3, 2022

Petition for Belated Appeal
A Case of Original Jurisdiction.

Eric A. Woodrum, Chipley, pro se.

Ashley Moody, Attorney General Tallahassee, and, Rebecca Rock McGuigan, Assistant Attorney General, Daytona Beach, for Respondent

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the March 23, 2022 order denying motion for postconviction relief filed in Case 2014-CF-478, Putnam County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

WALLIS, SASSO and NARDELLA,  JJ., concur.